IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL | : : : : | |
| | : | C.A. _____ |
| Plaintiff, | : : | |
| v. | : : | |
| GRANITE TELECOMMUNICATIONS, LLC, | : : | |
| Defendant. | : : : | |

**GRANITE TELECOMMUNICATIONS, LLC'S MOTION FOR LEAVE TO FILE
EXHIBIT B AND EXHIBIT D TO THE NOTICE OF REMOVAL UNDER SEAL**

Granite Telecommunications, LLC, by and through its undersigned attorneys, seeks leave to file Exhibit B and Exhibit D to the Notice of Removal under seal, pursuant to Federal Rule of Civil Procedure 5.2(d) and the Local Rules of Civil Practice and Procedure 5.1.3 of the United States District Court for the District of Delaware (the "Motion").  In support of the Motion, Granite states as follows:

1.      On May 19, 2020, Manhattan Telecommunications Corp. ("MetTel") filed a Verified Complaint, Motion to Expedite, Motion for Preliminary Injunction, and related pleadings in the Court of Chancery for the State of Delaware.

2.      MetTel filed its pleadings as "Confidential Filings" in accordance with Court of Chancery Rule 5.1.  Granite also filed its responsive and opposition papers as "Confidential Filings" under Court of Chancery Rule 5.1 because the papers made reference to MetTel's pleadings, as well as other non-public business information.

3.      Contemporaneous with this motion, Granite is filing a Notice of Removal, removing the action filed in the Court of Chancery to the District Court for the District of Delaware.  In accordance with 28 U.S.C. § 1446(a), attached as Exhibit A to the Notice of Removal are all public pleadings, process, orders and other filing in the Court of Chancery. Because some of the pleadings and related papers were filed as "Confidential Filings" in the Court of Chancery, Granite seeks leave to file all pleadings filed as "Confidential Filings" as Exhibit B to the Notice of Removal.  These documents contain non-public business information that was designated for confidential treatment in the Court of Chancery by Granite and MetTel and good cause exists to file these same documents under seal in this Court.

4.      Granite also seeks leave to file Exhibit D to the Notice of Removal under seal. Exhibit D lists the identity and state of citizenship of Granite's members, which is non-public, sensitive personal and business information which warrants confidential treatment.

5.      Therefore, Granite respectfully requests that the Court permit Granite to file Exhibit B and Exhibit D to the Notice of Removal under seal.  Granite will file public versions of Exhibit B and Exhibit D, with only the confidential information redacted, no later than seven days of this Motion being granted.  Granite requests that Exhibits B and Exhibit D as originally filed remain under seal.

WHEREFORE, for the foregoing reasons, Granite respectfully requests that the Court grant Granite's Motion and enter the attached form of order.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

OF COUNSEL:

DONNELLY, CONROY & GELHAAR, LLP
T. Christopher Donnelly
Joshua N. Ruby
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880

*/s/  R. Judson Scaggs Jr.*
R. Judson Scaggs, Jr. (#2676)
Barnaby Grzaslewicz (#6037)
A. Gage Whirley (#6707)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Granite Telecommunications,
LLC*

June 9, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document was served upon the following individuals by electronic mail on June 9, 2020:

Steven L. Caponi (#3484)
Matthew B. Goeller (#6283)
K&L GATES LLP
600 King Street, Suite 901
Wilmington, DE 19801
steve.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Plaintiff Manhattan Telecommunications Corp.*

<u>/s/ *Barnaby Grzaslewicz*</u>
Barnaby Grzaslewicz (#6037)