# EXHIBIT C

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 2020-0380-JRS |
| v. | ) ) | |
| GRANITE TELECOMMUNICATIONS, LLC | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on June 9, 2020, Defendant Granite Telecommunications, LLC, by and through its undersigned counsel, filed the Notice of Removal, attached hereto as Exhibit A and served contemporaneously herewith, in the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, thereby effecting the removal of the action from the Court of Chancery of the State of Delaware.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Notice of Filing of Notice of Removal "effect[s] the removal" of the above-captioned action, and this Court "shall proceed no further unless and until the case is remanded."

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP |
| OF COUNSEL:<br><br>DONNELLY, CONROY<br>  & GELHAAR, LLP<br>T. Christopher Donnelly (admitted *pro hac vice*)<br>Joshua N. Ruby (admitted *pro hac vice* )<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880 | */s/ R. Judson Scaggs, Jr.*<br>R. Judson Scaggs, Jr. (#2676)<br>Barnaby Grzaslewicz (#6037)<br>A. Gage Whirley (#6707)<br>1201 North Market Street 16th Floor<br>Wilmington, Delaware 19801<br>(302) 351-9200<br>   *Attorneys for Defendant* |

June 9, 2020

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, the foregoing document was served by File & Serve*Xpress* on the following attorneys of record:

> Steven L. Caponi
> Matthew B. Goeller
> K&L Gates
> 600 N. King St., Suite 901
> Wilmington, DE 19801

>                 */s/ A. Gage Whirley*
>                 A. Gage Whirley (#6707)