IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP. D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL, <br><br> Plaintiff, <br><br> v. <br><br> GRANITE TELECOMMUNICATIONS, LLC, <br><br> Defendant. | Civil Action No. 20-775-UNA |

**MEMORANDUM ORDER**

Pending before me is Granite Telecommunications, LLC's Motion for Leave to File Exhibit B and Exhibit D to The Notice of Removal under Seal. D.I. 1. Exhibit B contains pleadings filed under seal in the Court of Chancery, from which this action was removed. Exhibit D lists the identity and state of citizenship of Granite's members.

As justification for sealing the documents in Exhibit B, Granite states: "These documents contain non-public business information that was designated for confidential treatment in the Court of Chancery by Granite and MetTel [Plaintiff Manhattan Telecommunications Corp.] and good cause exists to file these same

documents under seal in this Court." D.I. 1 ¶ 3. This conclusory statement is manifestly insufficient to justify the sealing of filings in a federal court and therefore I will deny Granite's motion with respect to Exhibit B. I will, however, give MetTel an opportunity to be heard in case it desires to have documents in Exhibit B maintained under seal and can demonstrate good cause to justify their sealing.

As justification for sealing Exhibit D, Granite states that "the identity and state of citizenship of Granite's members . . . is non-public, sensitive personal and business information which warrants confidential treatment." *Id.* ¶ 4. Here, again, Granite offers only a conclusory assertion that is manifestly insufficient to justify sealing. I note also the irony that Granite made its request to keep the identity and citizenship of its members from the public eye at the same time it alleged in its Notice of Removal that the diversity of the parties' citizenships gives this Court removal and original jurisdiction over the action under 28 U.S.C. § 1332(a) and § 1441(a).

WHEREFORE, this Ninth day of June in 2020, IT IS HEREBY ORDERED that:

1. Granite's motion for leave to file under seal Exhibits B and D to its Notice of Removal (D.I. 1) is DENIED;

2

2. Exhibit D is hereby UNSEALED;

3. Exhibit B will be UNSEALED on June 17, 2020 unless MetTel files on or before June 16, 2020 a motion to maintain documents in Exhibit B under seal and the Court finds good cause exists to maintain such documents under seal.

_____
United States District Judge