**IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MANHATTAN TELECOMMUNICATIONS
CORP., D/B/A METROPOLITAN
TELECOMMUNICATIONS, A/K/A
METTEL,

      Plaintiff,

  v.

GRANITE TELECOMMUNICATIONS, LLC,

      Defendant.

C.A. No. 20-775-CFC

## [PROPOSED] ORDER

WHEREAS, Plaintiff Manhattan Telecommunications Corp., D/B/A Metropolitan Telecommunications, A/K/A Mettel ("MetTel"), has filed a motion for the continued confidential treatment of Exhibit B to the Notice of Removal, filed by Defendant Granite Telecommunications, LLC ("Granite").

IT IS HEREBY ORDERED:

1.     The motion is GRANTED;

2.     Exhibit B shall remain under seal; and

3.     within seven (7) days, Granite shall file a public version of Exhibit B in compliance with D. Del. LR 5.1.3 and CM/ECF procedures

This _____ day of _____, 2020.


_____

The Honorable Colm F. Connolly