IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANHATTAN TELECOMMUNICATIONS CORP., D/B/A METROPOLITAN TELECOMMUNICATIONS, A/K/A METTEL,<br><br>          Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>          Defendant. | C.A. No. 20-775-CFC |

### [~~PROPOSED~~] ORDER

WHEREAS, Plaintiff Manhattan Telecommunications Corp., D/B/A Metropolitan Telecommunications, A/K/A Mettel ("MetTel"), has filed a motion for the continued confidential treatment of Exhibit B to the Notice of Removal, filed by Defendant Granite Telecommunications, LLC ("Granite").

IT IS HEREBY ORDERED:

1. The motion is GRANTED;

2. Exhibit B shall remain under seal; and

3. within seven (7) days, Granite shall file a public version of Exhibit B in compliance with D. Del. LR 5.1.3 and CM/ECF procedures

This _____22rd_____ day of _____June_____, 2020.

_____
The Honorable Colm F. Connolly